## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80131-CIV-DIMITROULEAS/ROSENBAUM

GERHARD EMIL MAALE, III,

      Plaintiff,

vs.

CAICOS BEACH CLUB CHARTER, LTD.,a
Foreign company; RONALD KIRCHGESSNER;
PAUL KIRCHGESSNER; KIM FRANCIS
KIRCHGENSSNER; RAHL & RAHL, P.A.,
a Florida professional association; PATRICIA
RAHL; and BRIAN RAHL,

      Defendants.

_____/

## ORDER

These matters are before the Court on Defendants Patricia Rahl, Brian Rahl, Rahl & Rahl,

P.A.'s ("Defendants Rahl") Motion to Strike, Motion for Protective Order, and to Stay Discovery

[D.E. 51], and  Motion for Extension of Time Within Which to Respond to Discovery [D.E. 54], as

well as Defendant Kim Kirchgessner's Motion for Extension of Time Within Which to Respond to

Discovery and in the Alternative, Motion to Strike, Motion for Protective Order and to Stay

Discovery [D.E. 52] upon referrals from the Honorable William P. Dimitrouleas for appropriate

disposition or report and recommendation on November 25, 2008, and December 1, 2008 [D.E. 53,

55].

In view of Plaintiff's filing of his Notice of Withdrawal of Discovery Requests [D.E. 65],

Defendants' various Motions have become moot.  Consequently, the Court hereby **DENIES** them

as such and cancels the hearing previously set for January 6, 2009.

_____**DONE AND ORDERED** at Fort Lauderdale, Florida, this 31st day of December, 2008.

ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:    Honorable William P. Dimitrouleas
       Counsel of Record